984 So.2d 544 (2008)
Hanoi HORMACHEA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-371.
District Court of Appeal of Florida, Third District.
April 23, 2008.
*545 Bennett H. Brummer, Public Defender, and Valerie Jonas, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Stormie Stafford, Assistant Attorney General, for appellee.
Before GREEN and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Stephens v. State, 787 So.2d 747 (Fla.2001), cert. denied, 534 U.S. 1025, 122 S.Ct. 556, 151 L.Ed.2d 431 (2001); State v. Carrizales, 356 So.2d 274 (Fla.1978); Billie v. State, 963 So.2d 837 (Fla. 3d DCA 2007), review denied, No. SC07-1973, 978 So.2d 159, 2008 WL 509239 (Fla. Feb. 26, 2008); see also Roberts v. State, 425 So.2d 70 (Fla. 2d DCA 1982), pet. for review denied, 434 So.2d 888 (Fla.1983). See generally Martinez v. State, 981 So.2d 449, ___ (Fla. 2008); Farmer v. State, 975 So.2d 1275, 1277 (Fla. 4th DCA 2008).